AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN WILLIAM WALLACE,

        Petitioner,

        v.

STATE OF WASHINGTON,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5054-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED without prejudice under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts. And this file shall be CLOSED.

June 18, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia